## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMAR AKINS, | ) | 4:15CV3006 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GRETCHEN EURIE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion.  On April 9, 2015, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action.  To date, Plaintiff has not filed an amended complaint.

IT IS THEREFORE ORDERED that:

1.      Plaintiff must show cause within 30 days for why this case should not be dismissed for his failure to diligently prosecute it.  Failure to respond to this order within 30 days will result in dismissal of this action without further notice to Plaintiff.

2.      The clerk of the court is directed to set a pro se case management deadline using the following text: September 7, 2015: check for response to show cause order.

DATED this 3rd day of August, 2015.

BY THE COURT:

s/ John M. Gerrard
United States District Judge