IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SAMAR AKINS, | ) | 4:15CV3006 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| GRETCHEN EURIE, NEOC, BARB ALBERS, Sup., NECO, CINDY KING, Director, NEOC, EARL REDDRICK, investigater, and H.U.D. DIRECTOR OMAHA, | ) ) ) ) ) ) | |
| Defendants. | ) | |

On August 3, 2015, the court ordered Plaintiff to show cause within 30 days why this case should not be dismissed for his failure to diligently prosecute it. Plaintiff did not respond to the court's order.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. A separate judgment will be entered in accordance with this Memorandum and Order.

DATED this 6th day of October, 2015.

BY THE COURT:

*s/ John M. Gerrard*
United States District Judge